AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| Kiedrowksi's Simply Delicious Bakery, LLC et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-cv-01937 |
| Avon Pizza, LLC et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants                                                                                                    .

Date:     09/24/2014                                                      s/ Matthew J. Cavanagh
                                                                                               *Attorney's signature*

                                                                      Matthew J. Cavanagh (OH 0079522)
                                                                            *Printed name and bar number*

                                                                                  600 Superior Ave., East
                                                                                         Suite 2100
                                                                                  Cleveland, Ohio 44114
                                                                                            *Address*

                                                                         mcavanagh@mcdonaldhopkins.com
                                                                                       *E-mail address*

                                                                                       (216) 348-5400
                                                                                    *Telephone number*

                                                                                       (216) 348-5474
                                                                                        *FAX number*